**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

                                                    Plaintiff,

vs.

Ryan Thomas Salisbury,

                                                    Defendant(s).

Case No.:    26-cr-264-JDR
Date:          7/30/26
Court Time:  10:38 a.m. to 10:54 a.m.

**MINUTE SHEET – STATUS/SCHEDULING CONF**

John D. Russell, U.S. District Judge        C. Butler, Deputy Clerk        Cheryl Rylant, Reporter      CR 1

Counsel for Plaintiff:     Aaron Jolly
Counsel for Defendant:  Thomas Reese                         , *Ret*.

**MINUTES**:  Case called for status/scheduling conference.  Defendant present and released on conditions.  The Court and the parties discussed the scope and status of discovery.  Discovery is ongoing, some produced, and contains police reports, photographs, video recordings, jail calls, and chat logs. Information from one of the electronic devices has yet to be produced, and should be in a week.  That device has led to other devices, which will be investigated.  The government doesn't anticipate expert notices, but possibly evidentiary notices.

After discussion with counsel, the following deadlines were set:

| | |
|---|---|
| **Discovery:** | **9/1/26** |
| **Notices:** | **9/1/26; Rebuttal notices: 9/15/26** |
| **Motions:** | **9/29/26** |
| **Motion Hearing:** | **10/22/26 at 9:30 a.m.** |
| **Jury Trial:** | **11/9/26 at 9:00 a.m.** |

Additionally, the parties should become familiar with the Individual Rules of Practice for Criminal Cases, found on the chambers web page.

After private discussion with counsel, defendant signed a Waiver of Speedy Trial excluding the time from 9/14/26 to 11/9/26.  The Court discussed defendant's waiver, found that defendant freely and voluntarily executed the waiver.  The Court further found that the ends of justice are served by granting a continuance of trial, and the ends of justice outweigh the interest of the public and Mr. Salisbury in a speedy trial.  **The time from 9/14/26 to 11/9/26, is excluded from speedy trial calculations** so the parties can produce/receive discovery and prepare for trial.

Defendant remained released on conditions.

Minute Sheet Miscellaneous                                                                              (CR-01 Modified 6/2021)